# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA | RECEIVED U.S. [MARSHAL] 08 JUL 25 AM 8:56 [DIST. OF ILL.] | 08 C 03455 |
| DEFENDANT | | TYPE OF PROCESS |
| U.S. v. One 2007 Cadillac, VIN: 1GYFK63877R412537 | | Verified Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

One 2007 Cadillac, VIN: 1GYFK63877R412537

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

c/o DEA, 230 S. Dearborn, Chicago, Illinois 60604

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick J. Fitzgerald, United States Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
Attn: Marsha A. McClellan, AUSA

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**Personal Service**

08-DEA-494972

Prepared by: D. Cuadra

Signature of Attorney or other Originator requesting service on behalf of: Marsha A. McClellan, AUSA
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 312-353-5300
DATE: July 24, 2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above): **Peggy Fitzgerald**

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 8/6/08
Time: 10" am

FILED
AUG 0 7 2008 PH
AUG 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: ③

PRIOR EDITIONS MAY BE USED
SEND ORIGINAL + 2 COPIES to USMS.
FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

7/31/08  Not In Office Today  12:30 pm  JN