# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 C 03455 |
| DEFENDANT<br>U.S. v. One 2007 Cadillac, VIN: 1GYFK63877R412537 | TYPE OF PROCESS<br>Notice of Verified Complaint |

RECEIVED U.S. MARSHAL
08 JUL 25 AM 8:56
N. DIST. OF ILL.

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**United States Marshals Service**

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

**219 S. Dearborn, 24th Floor, Chicago, Illinois 60604**

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Patrick J. Fitzgerald, United States Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60604
Attn: Marsha A. McClellan, AUSA

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

FILED
AUG 15 2008
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please publish in a newspaper of general circulation for one (1) day.

08-DEA-494972

Prepared by: D. Cuadra

Signature of Attorney or other Originator requesting service on behalf of:
Marsha A. McClellan, AUSA
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 312-353-5300

DATE: July 24, 2008

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No.____ | District of Origin<br>No.____ | District to Serve<br>No.____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: July 29, 08    Time: 11:00 ☒ am / ☐ pm

Signature of U.S. Marshal or Deputy: James N. DeVito

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: Published in Tribune July 29, 2008

PRIOR EDITIONS MAY BE USED

SEND ORIGINAL + 2 COPIES to USMS.

FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

## NOTICE OF FORFEITURE ACTION

On June 16, 2008, the United States Attorney for the Northern District of Illinois filed a Verified Complaint for Forfeiture against one 2007 Cadillac, VIN: 1GYFK63877R412537, pursuant to Title 21, United States Code, Section 881 and an Arrest Warrant *in Rem* was issued by the Clerk of the Court.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions, direct notice of this action was sent to Jesus Fonseca and attorney Robert Rascia on July 23, 2008.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 under case *U.S. v. One 2007 Cadillac, VIN: 1GYFK63877R412537*, 08 C 3455, (ND of Il.) by August 27, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **20** days after filing the claim.

Claims and answers are to be filed with the Clerk, United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 with a copy thereof sent to Assistant United States Attorney Marsha A. McClellan at 219 South Dearborn Street, Room 500, Chicago, Illinois 60604.

DATED:    July 23, 2008

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.