| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARSHAL | COURT CASE NUMBER<br>08 C 03455 |
| DEFENDANT<br>U.S. v. One 2007 Cadillac, VIN: 1GYFK63877R412537 | 08 JUL 25 AM 8:56 | TYPE OF PROCESS<br>Arrest Warrant in Rem |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | United States Marshals Service |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |
| | 219 S. Dearborn, 24th Floor, Chicago, Illinois 60604 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Patrick J. Fitzgerald, United States Attorney<br>219 S. Dearborn, 5th Floor<br>Chicago, Illinois 60604<br>Attn: Marsha A. McClellan, AUSA | Number of parties to be served in this case<br>3 | |
| | Check for service on U.S.A. | |

**FILED**
AUG 15 2008 EA
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Execution of Arrest Warrant in Rem

08-DEA-494972

Prepared by: D. Cuadra

| Signature of Attorney or other Originator requesting service on behalf of:<br>Marsha A. McClellan, AUSA | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>312-353-5300 | DATE<br>July 24, 2008 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above). | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service: July 29, 08  Time: 11:00 am |
| | | Signature of U.S. Marshal or Deputy: James W[...] |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

## ARREST WARRANT IN REM

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

U.S. v. One 2007 Cadillac, VIN: 1GYFK63877R412537, 08 C 03455
Judge Milton I. Shadur

*To the United States Marshal:*

Whereas, on the ___16th___ of ___June___, A.D. 2008, a Verified Complaint for Forfeiture was filed in the United States District Court for said Northern District of Illinois, by PATRICK J. FITZGERALD, United States Attorney for said District, on behalf of the United States, against

**U.S. v. One 2007 Cadillac, VIN: 1GYFK63877R412537,**

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to attach the said property and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in a newspaper of general circulation to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Chicago within thirty (30) days after giving of notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a verified statement of interest in or right against the property for the same and to make their allegations in that behalf and that they file and serve their answers within twenty (20) days after the filing of said verified statements. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE **JUN 1 7 2008** | CLERK MICHAEL W. DOBBINS |
|  | (BY) DEPUTY CLERK |
|  | Returnable ___ days after issue |
| UNITED STATES MARSHAL'S RETURN ||
| DISTRICT | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED |
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |



08 AUG -8 PM 2: 14

## CERTIFICATE OF PUBLICATION

Chicago Tribune Company hereby certifies that it is the publisher of the Chicago Tribune; that the Chicago Tribune is an English language newspaper of general circulation, published daily in the City of Chicago, County of Cook and State of Illinois; that the Chicago Tribune has been so published continuously for more than one year prior to the date of first publication mentioned below and is further a newspaper as defined in Ill. Rev. Stat. Ch. 100, SS 5 & 10; that the undersigned is the duly authorized agent of the Chicago Tribune Company to execute this certificate on its behalf; and that a notice of which the annexed is a true copy was printed and published in said newspaper (1) times(s) and on the following dates:

**Starting 07/29/08 and Ending 07/29/08**

the first publication being on the earliest of said dates and the last publication being on the latest of said dates.

Executed at Chicago, Illinois this 08TH day of August, 2008.

CHICAGO TRIBUNE COMPANY

By _____

Chicago Tribune - chicagotribune.com
435 North Michagan Avenue, Room 1015 - Chicago, Illinois 60611
(312) 222-3232 - Fax: (312) 222-4014

1125650

## NOTICE OF FORFEITURE ACTION

On June 16, 2008, the United States Attorney for the Northern District of Illinois filed a Verified Complaint for Forfeiture against one 2007 Cadillac, VIN: 1GYFK63877R412537, pursuant to Title 21, United States Code, Section 881 and an Arrest Warrant in Rem was issued by the Clerk of the Court.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture Actions, direct notice of this action was sent to Jesus Fonseca and his attorney Robert Rascia on July 23, 2008.

Any person who asserts an interest in the defendant property may contest the forfeiture by filing a claim in the United States District Court, Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 under case U.S. v. One 2007 Cadillac, VIN: 1GYFK63877R412537, 08 C 3455, (ND of Il.) by August 27, 2008 in accordance with Rule G(5) of the Supplemental Rules for Admiralty and Maritime Claims for Forfeiture. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

Claims and Answers are to be filed with the Clerk, United States District Court for the Northern District of Illinois, at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604 with a copy thereof sent to Assistant United States Attorney Marsha A. McClellan at 219 South Dearborn Street, Room 500, Chicago, Illinois 60604.

DATED: July 23, 2008

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.