## VERIFIED CLAIM

| | |
|---|---|
| ASSET ID: | 08-DEA-494972 |
| CASE NO.: | I1-08-0100 |
| PROPERTY: | 2007 Cadillac Escalade |
| VEHICLE ID No. | 1GYFK63877R412537 |
| ASSET VALUE: | $43,400.00 |
| SEIZED FROM: | Rafael Fonseca |
| SEIZURE DATE: | January 23, 2008 |
| SEIZURE PLACE: | Oak Lawn, Illinois |
| OWNER: | Jesus Fonseca |
| CLAIMANT HEREIN: | Jesus Fonseca |
| JUDICIAL DISTRICT: | NORTHERN DISTRICT OF ILLINOIS |

Dear Forfeiture Analyst:

I here hereby claim ownership of the property listed above. The vehicle is registered to me and belongs to me exclusively. It was seized from my brother, Rafael Fonseca. Rafael Fonseca did not have general authority to drive the vehicle. I was unaware of any criminal activity he may have engaged in while using the vehicle. I contest the seizure and forfeiture of the property and demand its prompt release.

Please send all correspondence relating to this case to me at the following address:

Rascia & DeCastro, Ltd.
650 N. Dearborn
Suite 700
Chicago, IL 60654

## CERTIFICATION

I hereby assert, under penalty of perjury that the above is true and correct.

_____
JESUS FONSECA

SUBSCRIBED AND SWORN
to before me this 22nd day of
August, 2008.

*[Notary seal: YANIRA SIERRA, OFFICIAL SEAL, STATE OF ILLINOIS, MY COMMISSION EXPIRES MAY 20, 2012]*

Jesus Fonseca Verified Claim.max