## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
## Eastern Division

United States Of America

                                    Plaintiff,

v.                                                         Case No.: 1:08–cv–03455
                                                              Honorable Milton I. Shadur

One Cadillac Escalade

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, September 4, 2008:

       MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. In the interest of avoiding a patchwork approach to the pleading process, the entire Answer is stricken, albeit with leave to file a self−contained Amended Answer on or before September 15, 2008. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.